NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH J. BERRY,**

*Plaintiff-Appellant*

**v.**

**FORD MOTOR COMPANY, FORD GLOBAL TECHNOLOGIES, LLC,**

*Defendants-Appellees*

---

2015-1699

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 5:11-cv-10569-JCO-RSW, Judge John Corbett O'Meara.

---

**JUDGMENT**

---

DOUGLAS SPRINKLE, Dinsmore & Shohl LLP, Troy, MI, argued for plaintiff-appellant.

MORGAN GOODSPEED, Hogan Lovells US LLP, Washington, DC, argued for defendants-appellees. Also represented by JESSICA LYNN ELLSWORTH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 8, 2016              /s/ Daniel E. O'Toole
        Date                Daniel E. O'Toole
                            Clerk of Court